

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00851-CV

Herman **ADAMS**,
Appellant

v.

**MACLAMAR MANAGEMENT**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2017CV04194
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:       Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  January 31, 2018

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final judgment on November 16, 2017. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due to be filed on December 16, 2017. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on December 31, 2017. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We, therefore, ordered appellant to file a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. We warned that if appellant failed to respond within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c). Appellant failed to respond. Therefore, this appeal is dismissed.

PER CURIAM